United States District Court
Southern District of Texas
**ENTERED**
November 24, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILFREDO P.[1],<br>Petitioner, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 1:26-cv-462 |
| TODD BLANCHE, *et al.*,<br>Respondents. | §<br>§<br>§ | |

**ORDER REQUIRING STATUS REPORT**

The Court **ORDERS** Petitioner to file a status report concerning the status of his immigration proceedings by **no later than December 7, 2026**. The Court will not accept an update based on information provided by the website for the Executive Office of Immigration Review. The Court requires Petitioner's counsel to communicate with their client to obtain the necessary information. If more time is needed, then the Court will entertain a request for an extension.

Signed on November 24, 2026.

Karen Betancourt

Karen Betancourt
United States Magistrate Judge

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.